O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT F., | Case No. SACV 20-02269-DMG (KES) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation [Doc. # 18], the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge [Doc. # 20].  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Objections [Doc. # 22] have been made.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

---

[1] Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is substituted for her predecessor.  See 42 U.S.C. § 405(g); Fed.R.Civ.P. 25(d).

1    IT IS THEREFORE ORDERED that Judgment be entered affirming the

2  decision of the Commissioner of Social Security denying benefits.

3

4

    DATED:  September 26, 2022

5                                              DOLLY M. GEE

6                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28