JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT F., | Case No.  SACV 20-02269-DMG (KES) |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge, the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED:  September 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1]  Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is substituted for her predecessor.  See 42 U.S.C. § 405(g); Fed.R.Civ.P. 25(d).